IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KALA TROUTMAN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No.: 3:13-cv-359<br>) Judge: Varlan/Shirley |
| STAT IMAGING SOLUTIONS, LLC, | )<br>)<br>) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice. The parties further agree that, except as agreed between the parties, each party shall bear their respective fees and costs.

Respectfully Submitted,                           Respectfully Submitted,

By: /s/ David A. Burkhalter                      By: /s/ Leslie A. Muse
David A. Burkhalter, II, Esq.                    Leslie A. Muse, Esq.
Burkhalter, Rayson & Associates                  Butler, Vines & Babb PLLC
111 S. Central                                   2701 Kingston Pike
PO Box 2777                                      PO Box 2649
Knoxville, TN 37901                              Knoxville, TN 37901
Tel: (865) 524-4974                              Tel: (865) 637-3531
david@burkhalterrayson.com                       lmuse@bvblaw.com
*Attorney for Plaintiff*                         *Attorneys for Defendant*

Dated: 01/13/14                                  Dated: 01/1314